AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> Charles Anthony ALLEN <br> *Defendant(s)* | ) ) ) Case No.  2:23-mj-666 ) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May of 2023, through July of 2023   in the county of   Franklin   in the   Southern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841(a)(1) | Possession with Intent to Distribute a Detectable Amount of Fentanyl |
| 21 USC Section 841(a)(1) | Possession with Intent to Distribute a Detectable Amount of Cocaine |
| 21 USC Section 860 | Distribution or Manufacturing In or Near a School Zone |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Alexa Montesano, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
   Via FaceTime

Date:   November 30, 2023

City and state:   Columbus, Ohio   Elizabeth A. Preston Deavers
United States Magistrate Judge